UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNATHAN TROY MAZZION,<br><br>    Plaintiff,<br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS,<br><br>    Defendants. | Case No.: 2:13-cv-00457-GMN-CWH<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE C.W. HOFFMAN, JR.**<br>(ECF Doc. #3) |

Pending before the Court is the Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) filed by Plaintiff Johnathan Troy Mazzion ("Plaintiff"). Also pending before the Court is the Report and Recommendation (ECF No. 3) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered March 20, 2013. Pursuant to Local Rule IB 3-2(a), objections were due by April 8, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1), is **DENIED** for the reasons set forth in the Report and Recommendation (ECF No. 3) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered March 20, 2013.

**IT IS FURTHER ORDERED** that Plaintiff shall pay the $350.00 filing fee on or before Monday, May 13, 2013. Failure to pay the $350.00 filing fee shall result in the dismissal of this action.

**DATED** this 11th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge